## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shaun P. Austin, | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| J. Greene, Sr., Court Administrator | : | |
| L. Fisher, Clerk of Courts, | : | |
| Court of Common Pleas Northampton | : | |
| County, | : | |
| Respondents | : | No. 576 M.D. 2022 |

**PER CURIAM**                    **O R D E R**

NOW, April 3, 2024, upon consideration of Petitioner's application for reconsideration and Respondents' answers in response thereto, the application is DENIED.